479 A.2d 1137

Mesogitis, Appellant, v. Watson.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued April 11, 1984.
Ruth Anne Beighley, for appellant; Joseph B. Bagley, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment affirmed.

479 A.2d 1137

Naponic v. Naponic, Appellant.

Argued February 28, 1984. George B. Kaufman, for appellant; L. Edward Glass, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.